# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MALCOLM H. SUTTER, III

NO. 2019 KW 1357

DEC 0 6 2019

---

In Re:   Malcolm H. Sutter, III, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 602079.

---

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.**

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT